AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CHARLES SCHWAB & CO., INC.; CHARLES SCHWAB BANK, SSB; and THE CHARLES SCHWAB CORPORATION<br><br>*Plaintiff(s)*<br>v.<br>BLAZE MOBILE, INC.; BLAZE MOBILE TECHNOLOGIES, LLC; and MICHELLE FISHER<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-02122-LJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blaze Mobile Inc.
c/o Corporation Service Company, its registered agent
251 Little Falls Drive
Wilmington, DE  19808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas A. Brown
Greenberg Traurig, LLP
101 Second Street, Suite 2200
San Francisco, CA  94105


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Mark B. Busby

Date: March 3, 2025

*Signature of Clerk or Deputy Clerk*